JOHN ALLCOCK (Bar No. 098895)
MARK FOWLER (Bar No. 124235)
GERALD T. SEKIMURA (Bar No. 095165)
WILLIAM G. GOLDMAN (Bar No. 203630)
THOMAS A. BURG (Bar No. 211937)
GRAY CARY WARE & FREIDENRICH LLP
2000 University Avenue,
East Palo Alto, CA 94303-2248
Tel: 650-833-2000
Fax: 650-833-2001

Attorneys for Plaintiffs and Counterdefendants
ZORAN CORPORATION and OAK TECHNOLOGY, INC.

MICHAEL A. LADRA, (Bar No. 64307)
JAMES C. OTTESON, (Bar No. 157781)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants and Counterclaimants
MEDIATEK, INC., MINTEK DIGITAL, INC., ASUSTEK COMPUTER, INC., LITE-ON INFORMATION TECHNOLOGY CORP., TEAC CORPORATION, TEAC AMERICA, INC., TERAPIN TECHNOLOGY PTE., LTD. CORPORATION and TERAOPTIX L.P. d/b/a TERAPIN TECHNOLOGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/12/04*

| | |
|---|---|
| ZORAN CORPORATION and OAK TECHNOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIATEK, INC., MINTEK DIGITAL, , ASUSTEK COMPUTER, INC., LITE-ON INFORMATION TECHNOLOGY CORP., TEAC CORPORATION, TEAC AMERICA, INC., TERAPIN TECHNOLOGY PTE., LTD. CORPORATION and TERAOPTIX L.P. d/b/a TERAPIN TECHNOLOGY,<br><br>Defendants.<br>AND RELATED COUNTERCLAIMS | CASE NO. C-04-02619 RMW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES** |

GRAY CARY WARE
& FREIDENRICH LLP

EM7176403.1
1260147901707

-1-
STIPULATION AND [PROPOSED] ORDER RE: CONSOLIDATION
CASE NO. C-04-02619 RMW (PVT)

1   The parties to the above-entitled action by and through their attorneys, hereby agree as
2   follows:
3   WHEREAS, on October 29, 2004, the Court dismissed, without prejudice, plaintiffs'
4   second and third claims for relief in plaintiffs' May 21, 2004 First Amended Complaint;
5   WHEREAS, on October 29, 2004, plaintiffs filed the complaint in Case No. C-04-04609,
6   a copy of which is attached hereto as Exhibit A;
7   WHEREAS, the first and second claims for relief in Case No. C-04-04609 are identical to
8   the second and third claims for relief in plaintiffs' May 21, 2004 First Amended Complaint;
9   WHEREAS, the parties have agreed that Case No. C-04-04609 should be consolidated
10  with Case No. C-04-02619.
11  IT IS THEREFORE STIPULATED THAT:
12  The Clerk of the Court shall consolidate Case No. C-04-04609 with Case No. C-04-
13  02619;
14  The case schedule adopted by the Court at the October 29, 2004 Case Management
15  Conference in Case No. C-04-02619 RMW will govern the entire consolidated case;
16  To the extent that the two summary judgment motions filed by Defendant MediaTek, Inc.
17  pertain in part to the dismissed second and third claims for relief in Case No. C-04-02619 RMW,
18  those motions are deemed to now pertain in part to the same extent to the first and second claims
19  for relief in Case No. C-04-04609;
20  Defendants' July 2, 2004 answer and counterclaims in Case No. C-04-02619 RMW are
21  deemed to also respond to plaintiffs' complaint in Case No. C-04-04609;
22  Defendants are deemed served with summons and complaint in Case No. C-04-04609 as
23  of the date of this stipulation.
24  //
25  //

GRAY CARY WARE
& FREIDENRICH LLP

EM7176403.1
1260147901707

-2-
STIPULATION AND [PROPOSED] ORDER RE: CONSOLIDATION
CASE NO. C-04-02619 RMW (PVT)

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: November 3, 2004 | GRAY CARY WARE & FREIDENRICH LLP |
| 4 | | |
| 5 | | By _____ |
| 6 | | JOHN ALLCOCK |
| | | MARK FOWLER |
| 7 | | GERALD T. SEKIMURA |
| | | WILLIAM G. GOLDMAN |
| 8 | | THOMAS A. BURG |
| | | Attorneys for Plaintiffs |
| 9 | | ZORAN CORPORATION and |
| 10 | | OAK TECHNOLOGY, INC. |
| 11 | Dated: November 3, 2004 | WILSON SONSINI GOODRICH & ROSATI |
| 12 | | |
| 13 | | By _____ |
| | | MICHAEL A. LADRA |
| 14 | | JAMES C. OTTESON |
| | | Attorneys for Defendants |
| 15 | | MEDIATEK, INC., MINTEK DIGITAL, INC., ASUSTEK COMPUTER, INC., |
| 16 | | LITE-ON INFORMATION TECHNOLOGY CORP., TEAC |
| 17 | | CORPORATION, TEAC AMERICA, INC., TERAPIN TECHNOLOGY PTE., LTD. |
| 18 | | CORPORATION and TERAOPTIX L.P. d/b/a TERAPIN TECHNOLOGY |
| 19 | **IT IS SO ORDERED:** | |
| 20 | DATED: 11/10/04 | |
| 21 | | |
| 22 | | /S/ RONALD M. WHYTE |
| 23 | | _____ |
| | | Hon. Ronald M. Whyte |
| | | U.S. District Court Judge |

-3-
STIPULATION AND [~~PROPOSED~~] ORDER RE: CONSOLIDATION
CASE NO. C-04-02619 RMW (PVT)