1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION   *E-FILED - 6/1/05*

| | |
|---|---|
| ZORAN CORPORATION and OAK TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDIATEK, INC., MINTEK DIGITAL, INC., TERAPIN TECHNOLOGY PTE., LTD. CORPORATION, TERAOPTIX L.P. d/b/a/ TERAPIN TECHNOLOGY, AUDIOUOX CORPORATION, CHANGZHOU SHINCO DIGITAL TECHNOLOGY CO., LTD., SHINCO INTERNATIONAL AV CO. and ULTIMA ELECTRONICS CORP., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. CO4-02619 RMW (PVT) <br> CASE NO. C-04-04609 RMW (PVT) <br><br> [~~PROPOSED~~] **ORDER GRANTING MOTION TO CHANGE TIME** |

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7185805.1
349284-901707

[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME
CASE NOS. CO4-02619 RMW (PVT), C-04-04609 RMW (PVT)

| | |
|---|---|
| 1 | ZORAN CORPORATION and OAK TECHNOLOGY, INC., |
| 2 | |
| 3 | Plaintiffs, |
| | v. |
| 4 | |
| 5 | MEDIATEK, INC., ASUSTEK COMPUTER, INC., LITE-ON INFORMATION TECHNOLOGY CORP., TEAC CORPORATION, TEAC AMERICA, INC., ARTRONIX TECHNOLOGY, INC., ASUS COMPUTER INTERNATIONAL, INC., EPO SCIENCE AND TECHNOLOGY CO., INC., MICRO-STAR INTERNATIONAL CO., LTD. AND MSI COMPUTER CORP., |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| | Defendants. |
| 11 | |
| 12 | AND RELATED COUNTERCLAIMS |

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7185805.1
349284-901707

[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME
CASE NOS. CO4-02619 RMW (PVT), C-04-04609 RMW (PVT)

1    Having read and considered the parties' papers submitted in support of and in opposition
2 to Plaintiffs Zoran Corporation and Oak Technology, Inc.'s ("Plaintiffs") Motion to Change
3 Time,
4    IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED and the Court modifies
5 its December 8, 2004 Case Management Order as follows:
6    The last day for defendants to file and serve their responsive claims construction brief and
7 supporting evidence is July 18, 2005;
8    The last day for plaintiffs to file and serve their reply claims construction brief and any
9 evidence rebutting supporting evidence contained in opposing party's response is August ~~15~~, 8
10 2005;
11    Further Case Management Conference – August 19, 2005, 10:30 a.m;
12    Claim Construction Hearing   8/23/05   [~~August 22, 2005~~] at   2:00 P.M.   .

14    Dated:   5/20/05   , ~~2004~~

15                                  /S/ RONALD M. WHYTE
                                    Hon. Ronald M. Whyte

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7185805.1
349284-901707

-1-

[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME
CASE NOS. C04-02619 RMW (PVT), C-04-04609 RMW (PVT)