**E-filed on:**   1/14/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZORAN CORPORATION and OAK TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDIATEK, INC.; AUDIOVOX CORPORATION; CHANGZHOU SHINCO DIGITAL TECHNOLOGY CO., LTD.; INITIAL TECHNOLOGY, INC.; MINTEK DIGITAL, INC.; SHINCO INTERNATIONAL AV CO.; TERAPIN TECHNOLOGY PTE., LTD; and TERAOPTIX L.P. d/b/a TERAPIN TECHNOLOGY, <br><br> Defendants. | No. C-04-02619 RMW; <br> No. C-04-04609 RMW <br><br> ORDER SETTING BRIEFING SCHEDULE ON MEDIATEK'S OBJECTIONS TO MAGISTRATE JUDGE TRUMBULL'S ORDER RE WAIVER OF PRIVILEGE <br><br> [Re Docket No. 417] |

MediaTek, Inc. objects to the December 15, 2005 order of Magistrate Judge Patricia V. Trubull, who determined MediaTek had waived the attorney-client privilege and the work-product protection by publicly disclosing that it had received "thorough input" from "several teams of U.S. patent counsels" to help it design around a patent held by Zoran Corporation. MediaTek objects under Fed.R.Civ.P. 72(a) and Civil L.R. 72-2. The court will consider MediaTek's objections.

1  Pursuant to Civil L.R. 72-2, plaintiffs are granted leave to file an opposition to MediaTek's
2  objections within ten days of the date of this order.  No oral argument will be held absent further
3  order of the court.

6  DATED:      1/14/06                                    /s/ Ronald M. Whyte
                                                          RONALD M. WHYTE
7                                                         United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

| | |
|---|---|
| James C. Otteson | jotteson@wsgr.com |
| Lisa G. McFall | lmcfall@wsgr.com |
| Michael A. Ladra | mladra@wsgr.com |

**Counsel for Plaintiffs:**

| | |
|---|---|
| Gerald T. Sekimura | gsekimura@dlapiper.com |
| John Allcock | JAllcock@dlapiper.com |
| Mark Fowler | mfowler@dlapiper.com |
| Thomas A. Burg | tburg@dlapiper.com |
| William G. Goldman | wgoldman@dlapiper.com |

**Dated:**   1/14/06                   /s/ JH
                                        **Chambers of Judge Whyte**

ORDER SETTING BRIEFING SCHEDULE ON MEDIATEK'S OBJECTIONS TO MAGISTRATE JUDGE TRUMBULL'S ORDER—No. C-04-02619 RMW; No. C-04-04609 RMW
JAH                                    3