1 | JOHN ALLCOCK (Bar No. 98895)
MARK FOWLER (Bar No. 124235)
2 | GERALD T. SEKIMURA (Bar No. 96165)
WILLIAM G. GOLDMAN (Bar No. 203630)
3 | MICHAEL SCHWARTZ (Bar No. 197010)
THOMAS A. BURG (Bar No. 211937)
4 | **DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
5 | East Palo Alto, CA 94303-2248
Tel: 650.833.2000
6 | Fax: 650.833.2001
Email: mark.fowler@dlapiper.com
7 | Email: bill.goldman@dlapiper.com

8 | Attorneys for Plaintiffs
ZORAN CORPORATION and OAK TECHNOLOGY, INC.
9 |

10 | MICHAEL A. LADRA, (Bar No. 64307)
JAMES C. OTTESON, (Bar No. 157781)
11 | **WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
12 | Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
13 | Facsimile: (650) 565-5100
Email: jotteson@wsgr.com

14 |

15 | Attorneys for Defendants and Counterclaimants
MEDIATEK, INC., MINTEK DIGITAL, INC., *et al.*

16 |              UNITED STATES DISTRICT COURT

17 |              NORTHERN DISTRICT OF CALIFORNIA

                 SAN JOSE DIVISION

| | |
|---|---|
| ZORAN CORPORATION and OAK TECHNOLOGY, INC., | CASE NO. C04-02619 RMW (PVT) CASE NO. C04-04609 RMW (PVT) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER ALLOWING DEPOSITIONS AFTER DISCOVERY CUTOFF** |
| v. | |
| MEDIATEK, INC., AUDIOVOX CORPORATION, CHANGZHOU SHINCO DIGITAL TECHNOLOGY CO., LTD., INITIAL TECHNOLOGY, INC., MINTEK DIGITAL, INC., SHINCO INTERNATIONAL AV CO., TERAPIN TECHNOLOGY PTE., LTD. and TERAOPTIX L.P. d/b/a/ TERAPIN TECHNOLOGY, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

-1-

DLA PIPER RUDNICK GRAY CARY US LLP

EM\7198559.1
349284-901707

STIPULATION AND [PROPOSED] ORDER ALLOWING DEPOSITIONS AFTER DISCOVERY CUTOFF
CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)

| | |
|---|---|
| 1 | ZORAN CORPORATION and OAK TECHNOLOGY, INC., |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | MEDIATEK, INC., ARTRONIX TECHNOLOGY, INC., ASUS COMPUTER INTERNATIONAL, INC., ASUSTEK COMPUTER, INC., EPO SCIENCE AND TECHNOLOGY CO., INC., LITE-ON IT CORPORATION, MICRO-STAR INTERNATIONAL CO., LTD., MSI COMPUTER CORP., TEAC CORPORATION, TEAC AMERICA, INC., and ULTIMA ELECTRONICS CORPORATION, |
| 10 | Defendants. |
| 12 | AND RELATED COUNTERCLAIMS |

Plaintiffs Zoran Corporation and Oak Technology, Inc. (collectively "Plaintiffs") and Defendants Artronix Technology, Inc. ("Artronix"), ASUSTek Computer, Inc. ("ASUSTek"), ASUS Computer International, Inc. ("ACI"), Audiovox Corporation ("Audiovox"), Changzhou Shinco Digital Technology Co., Ltd. ("Changzhou Shinco"), EPO Science & Technology Co., Ltd. ("EPO"), Initial Technology, Inc. ("Initial"), LITE-ON Information Technology Corporation ("Lite-On"), MediaTek, Inc. ("MediaTek"), Micro-Star International Co., Ltd. ("Micro-Star"), Mintek Digital, Inc. ("Mintek"), MSI Computer Corp. ("MSI"), Shinco International AV Co. Ltd. ("Shinco International"), TEAC Corporation ("TEAC"), TEAC America, Inc. ("TEAC America"), Terapin Technology Corporation Pte., Ltd. ("Terapin"), Teraoptix L.P. d/b/a/ Terapin Technology ("Terapin Technology") and Ultima Electronics Corporation ("Ultima") (collectively "Defendants"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, the Court entered a Stipulation and Case Management Order on December 7, 2005 (the "CMC Order");

WHEREAS, the CMC Order sets forth a Pre-Trial Schedule establishing the Close of Fact

-2-

DLA PIPER RUDNICK GRAY CARY US LLP

EM\7198559.1
349284-901707

STIPULATION AND [PROPOSED] ORDER ALLOWING DEPOSITIONS AFTER DISCOVERY CUTOFF
CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)

1 | Discovery on January 27, 2006;

2 |     WHEREAS, despite reasonable and diligent efforts, Plaintiffs and Defendants have each
3 | noticed depositions which the parties have been unable to schedule and complete prior to January
4 | 27, 2006 due to witness unavailability and logistical obstacles;

5 |     WHEREAS, the parties desire to complete a finite number of noticed depositions after
6 | January 27, 2006;

7 |     The parties hereby stipulate and agree as follows:

8 |     1.    Plaintiffs may complete the noticed depositions of Defendants Mintek, Initial,
9 | Audiovox, ACI, TEAC America and Artronix after January 27, 2006, on dates mutually agreeable
10 | to the parties;

11 |     2.    Plaintiffs may complete the continued deposition, on topics agreed to by the
12 | parites, of Lite-On (technical witness) and MediaTek (DVD witness), after January 27, 2006, on
13 | dates mutually agreeable to the parties;

14 |     3.    Defendants may complete the two noticed depositions of Zoran, after January 27,
15 | 2006, on dates mutually agreeable to the parties.

16 |     4.    The parties will cooperate to schedule all depositions as early as possible after
17 | January 27, 2006, but it any event no later than March 10, 2006.  This Stipulation does not
18 | preclude either party from seeking additional relief related to these depositions on a case-by-base
19 | basis.

20 | **SO STIPULATED**:

21 | Dated:   January 25, 2006                        DLA PIPER RUDNICK GRAY CARY US LLP

23 | By   \s\
         JOHN ALLCOCK
24 |     MARK FOWLER
         GERALD T. SEKIMURA
25 |     WILLIAM G. GOLDMAN
         AARON WAINSCOAT
26 |     Attorneys for Plaintiffs
27 |     ZORAN CORPORATION and
         Oak Technology, Inc.

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7198559.1
349284-901707

-3-
STIPULATION AND [PROPOSED] ORDER ALLOWING DEPOSITIONS AFTER DISCOVERY CUTOFF
CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)

-4-

1 | Dated: January 25, 2006

WILSON SONSINI GOODRICH & ROSATI

By \s\
MICHAEL A. LADRA
JAMES C. OTTESON
Attorneys for Defendants
MEDIATEK, INC., MINTEK DIGITAL, *et al.*

8 **SO ORDERED:**

9 DATED: 1/26/06

*[signature]*
Hon. Patricia V. Trumbull

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7198559.1
349284-901707

STIPULATION AND [PROPOSED] ORDER ALLOWING DEPOSITIONS AFTER DISCOVERY CUTOFF
CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)