JOHN ALLCOCK (Bar No. 98895)
MARK FOWLER (Bar No. 124235)
GERALD T. SEKIMURA (Bar No. 96165)
WILLIAM G. GOLDMAN (Bar No. 203630)
MICHAEL SCHWARTZ (Bar No. 197010)
THOMAS A. BURG (Bar No. 211937)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel:  650.833.2000
Fax:  650.833.2001
Email: mark.fowler@dlapiper.com
Email: bill.goldman@dlapiper.com

Attorneys for Plaintiffs
ZORAN CORPORATION and OAK TECHNOLOGY, INC.

MICHAEL A. LADRA, (Bar No. 64307)
JAMES C. OTTESON, (Bar No. 157781)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  jotteson@wsgr.com

Attorneys for Defendants and Counterclaimants
MEDIATEK, INC., MINTEK DIGITAL, INC., *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/26/06*

| | |
|---|---|
| ZORAN CORPORATION and OAK TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDIATEK, INC., AUDIOVOX CORPORATION, CHANGZHOU SHINCO DIGITAL TECHNOLOGY CO., LTD., INITIAL TECHNOLOGY, INC., MINTEK DIGITAL, INC., SHINCO INTERNATIONAL AV CO., TERAPIN TECHNOLOGY PTE., LTD. and TERAOPTIX L.P. d/b/a/ TERAPIN TECHNOLOGY, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO.  C04-02619 RMW (PVT) <br> CASE NO.  C04-04609 RMW (PVT) <br><br> **STIPULATION AND ORDER REGARDING MODIFICATION OF PRE-TRIAL SCHEDULE** |

-1-
STIPULATION AND ORDER RE PRE-TRIAL SCHEDULE
CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)

| | |
|---|---|
| 1 | ZORAN CORPORATION and OAK TECHNOLOGY, INC., |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | MEDIATEK, INC., ARTRONIX TECHNOLOGY, INC., ASUS COMPUTER INTERNATIONAL, INC., ASUSTEK COMPUTER, INC., EPO SCIENCE AND TECHNOLOGY CO., INC., LITE-ON IT CORPORATION, MICRO-STAR INTERNATIONAL CO., LTD., MSI COMPUTER CORP., TEAC CORPORATION, TEAC AMERICA, INC., and ULTIMA ELECTRONICS CORPORATION, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Defendants. |
| 12 | AND RELATED COUNTERCLAIMS |

Plaintiffs Zoran Corporation and Oak Technology, Inc. (collectively "Plaintiffs") and Defendants Artronix Technology, Inc. ("Artronix"), ASUSTek Computer, Inc. ("ASUSTek"), ASUS Computer International, Inc. ("ACI"), Audiovox Corporation ("Audiovox"), Changzhou Shinco Digital Technology Co., Ltd. ("Changzhou Shinco"), EPO Science & Technology Co., Ltd. ("EPO"), Initial Technology, Inc. ("Initial"), LITE-ON Information Technology Corporation ("Lite-On"), MediaTek, Inc. ("MediaTek"), Micro-Star International Co., Ltd. ("Micro-Star"), Mintek Digital, Inc. ("Mintek"), MSI Computer Corp. ("MSI"), Shinco International AV Co. Ltd. ("Shinco International"), TEAC Corporation ("TEAC"), TEAC America, Inc. ("TEAC America"), Terapin Technology Corporation Pte., Ltd. ("Terapin"), Teraoptix L.P. d/b/a/ Terapin Technology ("Terapin Technology") and Ultima Electronics Corporation ("Ultima") (collectively "Defendants"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, the Court entered a Stipulation and Case Management Order on December 7, 2005 (the "CMC Order");

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7198559.1
349284-901707

-2-
STIPULATION AND ORDER RE PRE-TRIAL SCHEDULE
CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)

1   WHEREAS, the CMC Order sets forth a Pre-Trial Schedule imposing deadlines
2  regarding, *inter alia*, the exchange of expert reports and the close of expert discovery;
3   WHEREAS, the parties desire to briefly extend the deadlines for the exchange of initial
4  and rebuttal expert reports, and to extend the close of expert discovery;
5   The parties hereby stipulate and agree as follows:
6   1. The Pre-Trial Schedule set forth in the CMC Order be modified as follows:

| Event | Current Date | NEW Date |
|---|---|---|
| Close of Fact Discovery | January 27, 2006 | Unchanged |
| Rule 26 Expert Disclosures and Reports | January 27, 2006 | **February 24, 2006** |
| Rebuttal Expert Reports and Disclosures | February 24, 2006 | **March 24, 2006** |
| Close of Expert Discovery | March 27, 2006 | **April 10, 2006** |
| Joint Pretrial Statement Due | April 28, 2006 | Unchanged |
| Pretrial Conference | May 4, 2006 | Unchanged |
| Trial Begins | May 15, 2006 | Unchanged |

**SO STIPULATED**:

Dated:    January 9, 2006         DLA PIPER RUDNICK GRAY CARY US LLP


By     \s\
    JOHN ALLCOCK
    MARK FOWLER
    GERALD T. SEKIMURA
    WILLIAM G. GOLDMAN
    THOMAS A. BURG
    Attorneys for Plaintiffs
    ZORAN CORPORATION and
    OAK TECHNOLOGY, INC.

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7198559.1
349284-901707

-3-
STIPULATION AND ORDER RE PRE-TRIAL SCHEDULE
CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:   January 9, 2006 | WILSON SONSINI GOODRICH & ROSATI |
| 3 | | |
| 4 | | By   \s\ |
| 5 | | MICHAEL A. LADRA<br>JAMES C. OTTESON |
| 6 | | Attorneys for Defendants<br>MEDIATEK, INC., MINTEK DIGITAL, *et al.* |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | **SO ORDERED:** | |
| 11 | DATED:   1/21/06 | |
| 12 | | /S/ RONALD M. WHYTE<br>Hon. Ronald M. Whyte<br>U.S. District Court Judge |

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7198559.1
349284-901707

-4-
STIPULATION AND ORDER RE PRE-TRIAL SCHEDULE
CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)