| | |
|---|---|
| 1 | JOHN ALLCOCK (Bar No. 98895) |
| | MARK FOWLER (Bar No. 124235) |
| 2 | GERALD T. SEKIMURA (Bar No. 96165) |
| | WILLIAM G. GOLDMAN (Bar No. 203630) |
| 3 | MICHAEL SCHWARTZ (Bar No. 197010) |
| | THOMAS A. BURG (Bar No. 211937) |
| 4 | **DLA PIPER RUDNICK GRAY CARY US LLP** |
| | 2000 University Avenue |
| 5 | East Palo Alto, CA 94303-2248 |
| | Tel: 650.833.2000 |
| 6 | Fax: 650.833.2001 |
| | Email: mark.fowler@dlapiper.com |
| 7 | Email: bill.goldman@dlapiper.com |
| 8 | Attorneys for Plaintiffs |
| | ZORAN CORPORATION and OAK TECHNOLOGY, INC. |
| 9 | |
| 10 | MICHAEL A. LADRA, (Bar No. 64307) |
| | JAMES C. OTTESON, (Bar No. 157781) |
| 11 | **WILSON SONSINI GOODRICH & ROSATI** |
| | Professional Corporation |
| 12 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 13 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 14 | Email: jotteson@wsgr.com |
| 15 | Attorneys for Defendants and Counterclaimants |
| | MEDIATEK, INC., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/27/06*

| | |
|---|---|
| ZORAN CORPORATION and OAK TECHNOLOGY, INC., | CASE NO. C04-02619 RMW (PVT) |
| | CASE NO. C04-04609 RMW (PVT) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| MEDIATEK, INC., AUDIOVOX CORPORATION, CHANGZHOU SHINCO DIGITAL TECHNOLOGY CO., LTD., INITIAL TECHNOLOGY, INC., MINTEK DIGITAL, INC., SHINCO INTERNATIONAL AV CO., TERAPIN TECHNOLOGY PTE., LTD. and TERAOPTIX L.P. d/b/a/ TERAPIN TECHNOLOGY, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

-1-

|   |   |
|---|---|
| 1 | ZORAN CORPORATION and OAK TECHNOLOGY, INC., |
| 2 |   |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | MEDIATEK, INC., ARTRONIX TECHNOLOGY, INC., ASUS COMPUTER INTERNATIONAL, INC., ASUSTEK COMPUTER, INC., EPO SCIENCE AND TECHNOLOGY CO., INC., LITE-ON IT CORPORATION, MICRO-STAR INTERNATIONAL CO., LTD., MSI COMPUTER CORP., TEAC CORPORATION, TEAC AMERICA, INC., and ULTIMA ELECTRONICS CORPORATION, |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 | Defendants. |
| 11 |   |
| 12 | AND RELATED COUNTERCLAIMS |

-2-

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7199590.1
349284-901707

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)

1  The parties by and through their counsel, hereby stipulate and agree pursuant to Rule
2  41(a) of the Federal Rules of Civil Procedure, that all claims and counterclaims in the above-
3  entitled actions be dismissed with prejudice. Each party shall bear its own attorney's fees and
4  costs.

5  **SO STIPULATED:**

6  Dated: January 27, 2006         DLA PIPER RUDNICK GRAY CARY US LLP

7
8                                  By _____
                                       MARK FOWLER
9                                      THOMAS A. BURG
                                       Attorneys for Plaintiffs
10                                     ZORAN CORPORATION and
                                       Oak Technology, Inc.
11

12  Dated: January 27, 2006         WILSON SONSINI GOODRICH & ROSATI

13                                  By _____
                                       MICHAEL A. LADRA
14                                     JAMES C. OTTESON
                                       Attorneys for Defendants
15                                     MediaTek, Inc., Audiovox Corporation,
                                       Changzhou Shinco Digital Technology Co.,
16                                     Ltd., Initial Technology, Inc., Mintek Digital,
                                       Inc., Shinco International AV Co., Terapin
17                                     Technology PTE., Ltd., Teraoptix L.P.
                                       D/B/A/ Terapin Technology, Artronix
18                                     Technology, Inc., ASUS Computer
                                       International, Inc., ASUSTeK Computer, Inc.,
19                                     EPO Science and Technology Co., Inc.,
                                       LITE-ON IT Corporation, Micro-Star
20                                     International Co., Ltd., MSI Computer Corp.,
                                       TEAC Corporation, TEAC America, Inc., and
21                                     Ultima Electronics Corporation

22

23  **SO ORDERED:**

24  DATED: 1/27/06

25                                     /s/ Ronald M. Whyte
                                       Hon. Ronald M. Whyte
26                                     United States District Judge

27

28
                                    -3-