JOHN ALLCOCK (Bar No. 98895)
MARK FOWLER (Bar No. 124235)
GERALD T. SEKIMURA (Bar No. 96165)
WILLIAM G. GOLDMAN (Bar No. 203630)
MICHAEL SCHWARTZ (Bar No. 197010)
THOMAS A. BURG (Bar No. 211937)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001
Email: mark.fowler@dlapiper.com
Email: bill.goldman@dlapiper.com

Attorneys for Plaintiffs
ZORAN CORPORATION and OAK TECHNOLOGY, INC.

MICHAEL A. LADRA, (Bar No. 64307)
JAMES C. OTTESON, (Bar No. 157781)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jotteson@wsgr.com

Attorneys for Defendants and Counterclaimants
MEDIATEK, INC., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/27/06*

| | |
|---|---|
| ZORAN CORPORATION and OAK TECHNOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIATEK, INC., AUDIOVOX CORPORATION, CHANGZHOU SHINCO DIGITAL TECHNOLOGY CO., LTD., INITIAL TECHNOLOGY, INC., MINTEK DIGITAL, INC., SHINCO INTERNATIONAL AV CO., TERAPIN TECHNOLOGY PTE., LTD. and TERAOPTIX L.P. d/b/a/ TERAPIN TECHNOLOGY,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C04-02619 RMW (PVT)<br>CASE NO. C04-04609 RMW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

-1-

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7199590.1
349284-901707

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)

1
2  ZORAN CORPORATION and OAK TECHNOLOGY, INC.,
3            Plaintiffs,
4  v.
5  MEDIATEK, INC., ARTRONIX TECHNOLOGY, INC., ASUS COMPUTER
6  INTERNATIONAL, INC., ASUSTEK COMPUTER, INC., EPO SCIENCE AND
7  TECHNOLOGY CO., INC., LITE-ON IT CORPORATION, MICRO-STAR
8  INTERNATIONAL CO., LTD., MSI COMPUTER CORP., TEAC CORPORATION,
9  TEAC AMERICA, INC., and ULTIMA ELECTRONICS CORPORATION,
10
            Defendants.
11
12  AND RELATED COUNTERCLAIMS
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7199590.1
349284-901707

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)

1    The parties by and through their counsel, hereby stipulate and agree pursuant to Rule
2  41(a) of the Federal Rules of Civil Procedure, that all claims and counterclaims in the above-
3  entitled actions be dismissed with prejudice. Each party shall bear its own attorney's fees and
4  costs.

5    **SO STIPULATED:**

6  Dated: January 27, 2006          DLA PIPER RUDNICK GRAY CARY US LLP

7
8                                   By _____
                                        MARK FOWLER
9                                       THOMAS A. BURG
                                        Attorneys for Plaintiffs
10                                      ZORAN CORPORATION and
                                        Oak Technology, Inc.
11

12 Dated: January 27, 2006          WILSON SONSINI GOODRICH & ROSATI

13                                  By _____
                                        MICHAEL A. LADRA
14                                      JAMES C. OTTESON
                                        Attorneys for Defendants
15                                      MediaTek, Inc., Audiovox Corporation,
                                        Changzhou Shinco Digital Technology Co.,
16                                      Ltd., Initial Technology, Inc., Mintek Digital,
                                        Inc., Shinco International AV Co., Terapin
17                                      Technology PTE., Ltd., Teraoptix L.P.
                                        D/B/A/ Terapin Technology, Artronix
18                                      Technology, Inc., ASUS Computer
                                        International, Inc., ASUSTeK Computer, Inc.,
19                                      EPO Science and Technology Co., Inc.,
                                        LITE-ON IT Corporation, Micro-Star
20                                      International Co., Ltd., MSI Computer Corp.,
                                        TEAC Corporation, TEAC America, Inc., and
21                                      Ultima Electronics Corporation

22

23 **SO ORDERED:**

24 DATED: 1/27/06

25                                  /s/ Ronald M. Whyte
                                    _____
                                    Hon. Ronald M. Whyte
26                                  United States District Judge

27

28
                                        -3-

DLA PIPER RUDNICK    EM\7199590.1                    STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
GRAY CARY US LLP     349284-901707                   CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)