MICHAEL A. LADRA, State Bar No. 64307
JAMES C. OTTESON, State Bar No. 157781
JULIE M. HOLLOWAY, State Bar No. 196942
SUSAN A. CALLENDER, State Bar No. 187501
JERRY C. CHEN, State Bar No. 229318
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jotteson@wsgr.com

Attorneys for Defendants and Counterclaimants
MEDIATEK, INC., MINTEK DIGITAL, INC., *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/31/06*

| | |
|---|---|
| ZORAN CORPORATION and OAK TECHNOLOGY, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> MEDIATEK, INC., AUDIOVOX CORPORATION, CHANGZHOU SHINCO DIGITAL TECHNOLOGY CO., LTD., INITIAL TECHNOLOGY, INC., MINTEK DIGITAL, INC., SHINCO INTERNATIONAL AV CO., TERAPIN TECHNOLOGY PTE., LTD., and TERAOPTIX L.P. d/b/a TERAPIN TECHNOLOGY, <br><br>    Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO.: C-04-02619 RMW (PVT) <br> C-04-04609 RMW (PVT) <br><br> [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' MOTION PURSUANT TO CIV. L.R. 6-1 AND 6-3 FOR SHORTENING TIME FOR BRIEFING AND HEARING OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF MEDIATEK'S NEW GENERATION CHIPS; AND CONFIDENTIAL EXHIBITS 2, 3, 4, 5, 6, 7, 8, & 9 TO THE DECLARATION OF JULIE HOLLOWAY IN SUPPORT OF DEFENDANTS' MOTION PURSUANT TO CIV. L.R. 6-1 AND 6-3 FOR SHORTENING TIME FOR BRIEFING AND HEARING OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF MEDIATEK'S NEW GENERATION CHIPS <br><br> Before: Honorable Ronald M. Whyte |

[PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST OF
MEDIATEK FOR LEAVE TO FILE UNDER SEAL
CASE NO. C-04-02619 RMW (PVT); C-04-04609 RMW (PVT)

2803480_1.DOC

| | |
|---|---|
| 1 | ZORAN CORPORATION and OAK TECHNOLOGY, INC., ) |
| 2 | ) |
| | Plaintiffs, ) |
| 3 | ) |
| | v. ) |
| 4 | ) |
| 5 | MEDIATEK, INC., ARTRONIX TECHNOLOGY, INC., ASUS COMPUTER INTERNATIONAL, INC., ) |
| 6 | ASUSTEK COMPUTER, INC., EPO SCIENCE & TECHNOLOGY CO., INC., ) |
| 7 | LITEON IT CORPORATION, MICRO-STAR INTERNATIONAL CO., LTD., ) |
| 8 | MSI COMPUTER CORP., TEAC CORPORATION, TEAC AMERICA, ) |
| 9 | INC., and ULTIMA ELECTRONICS CORPORATION ) |
| 10 | ) |
| | Defendants. ) |
| 11 | |
| 12 | AND RELATED COUNTERCLAIMS ) |

[PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST OF MEDIATEK FOR LEAVE TO FILE UNDER SEAL
CASE NO. C-04-02619 RMW (PVT); C-04-04609 RMW (PVT)

2803480_1.DOC

1 | The Miscellaneous Administrative Request of Defendants MediaTek, Inc., et al. for Leave to File Documents Under Seal having been fully considered,

IT IS HEREBY ORDERED THAT:

MediaTek's request is GRANTED. The clerk of the Court shall file the following documents under seal:

(1) DEFENDANTS' MOTION PURSUANT TO CIV. L.R. 6-1 AND 6-3 FOR SHORTENING TIME FOR BRIEFING AND HEARING OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF MEDIATEK'S NEW GENERATION CHIPS; AND

(2) CONFIDENTIAL EXHIBITS 2, 3, 4, 5, 6, 7, 8, & 9 TO THE DECLARATION OF JULIE HOLLOWAY IN SUPPORT OF DEFENDANTS' MOTION PURSUANT TO CIV. L.R. 6-1 AND 6-3 FOR SHORTENING TIME FOR BRIEFING AND HEARING OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF MEDIATEK'S NEW GENERATION CHIPS

IT IS SO ORDERED.

DATED: January  31 , 2006

\_\_/S/ RONALD M. WHYTE_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE