UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 1/31/06*

| | |
|---|---|
| ZORAN CORPORATION and OAK TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDIATEK, INC., AUDIOVOX CORPORATION, CHANGZHOU SHINCO DIGITAL TECHNOLOGY CO., LTD., INITIAL TECHNOLOGY, INC., MINTEK DIGITAL, INC., SHINCO INTERNATIONAL AV CO., TERAPIN TECHNOLOGY PTE., LTD. CORPORATION and TERAOPTIX L.P. d/b/a/ TERAPIN TECHNOLOGY, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO. C04-02619 RMW (PVT) <br> CASE NO. C04-04609 RMW (PVT) <br><br> [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE UNDER SEAL OPPOSITION TO MOTION TO SHORTEN TIME <br><br> Honorable Ronald M. Whyte |

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7199366.1
349284-901707

-1-
[PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. FOR LEAVE TO FILE UNDER SEAL
CASE NOS. C04-02619 RMW (PVT) AND C04-04609 RMW (PVT)

ZORAN CORPORATION and OAK TECHNOLOGY, INC.,

        Plaintiffs,

v.

MEDIATEK, INC., ARTRONIX TECHNOLOGY, INC., ASUS COMPUTER INTERNATIONAL, ASUSTEK COMPUTER, INC., EPO SCIENCE AND TECHNOLOGY, INC., LITE-ON INFORMATION TECHNOLOGY CORPORATION, MICRO-STAR INTERNATIONAL CO., LTD., MSI COMPUTER CORP., TEAC CORPORATION, TEAC AMERICA, INC., and ULTIMA ELECTRONICS CORPORATION,

        Defendants.

AND RELATED COUNTERCLAIMS

---

The Miscellaneous Administrative Request of Plaintiffs Zoran Corporation and Oak Technology, Inc. for Leave to File Documents Under Seal having been fully considered,

IT IS HEREBY ORDERED THAT:

Zoran Corporation and Oak Technology's request is GRANTED. The clerk of the Court shall file the following documents under seal:

(1)     Zoran and Oak's Opposition to Defendants Motion to Shorten Time.

IT IS SO ORDERED.

DATED:    1/31   , 2006         /S/ RONALD M. WHYTE
                                                            United States District Judge
                                                            Northern District of California

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7199366.1
349284-901707

-2-
[PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. FOR LEAVE TO FILE UNDER SEAL
CASE NOS. C04-02619 RMW (PVT) AND C04-04609 RMW (PVT)